IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLIFFORD S. YARBERRY,
ADC #154600                                                                      PLAINTIFF

V.                         CASE NO. 4:17-CV-753-BRW-BD

WENDY KELLY, et al.                                                          DEFENDANTS

## ORDER

On November 15, 2017, Clifford Yarberry, an inmate in the Ouachita River Unit of the Arkansas Department of Correction, filed a complaint (docket entry #2) claiming deliberate indifference to his medical needs. All of Mr. Yarberry's claims arose while he was confined at the Ouachita River Unit.

The Ouachita River Unit is located in Malvern, Arkansas, which lies in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, United States Courthouse, 100 Reserve Street, Room 347, Hot Springs, Arkansas, 71901-4143.

IT IS SO ORDERED, this 16th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE